IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZA PITTMAN, | No. CIV S-08-2413-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ALVARO C. TRAQUINA, et al., | |
| Defendants. | |
| _____/ | |

To: The California Department of Corrections and Rehabilitation
1515 S Street, Sacramento, California 95814:

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On October 17, 2008, the court conditionally granted plaintiff's application for leave to proceed in forma pauperis (Doc. 6). The court also issued an order directing the above-referenced institution to submit partial payments of the filing fee (Doc. 7). Because plaintiff has paid the full filing fee, that portion of the court's October 17, 2008, order directing payment of inmate filing fee is hereby vacated.

      The remaining portion of that order requiring submission of plaintiff's prison trust account statement by prison officials, however, remains in effect.

1

1       The Clerk of the Court is directed to send a copy of this order to the address
2 shown above, to plaintiff, and to the Financial Department of the court.
3       IT IS SO ORDERED.

5  DATED: October 29, 2008

                                                      /s/ Craig M. Kellison
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE

2