IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELZA PITTMAN,                                    No. CIV S-08-2413-CMK-P

       Plaintiff,

   vs.                                           ORDER

ALVARO C. TRAQUINA, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction and no defendants have been served. On October 17, 2008, the court concluded that plaintiff's complaint appears to state a claim for relief against defendants Tan, Mahon, Basi, Lahey, Popson, Traquina, and Rohrer, but failed to state a claim against defendants Layen, Rallos, Hsieh, and Brimhall.[1] Plaintiff was provided the option of either standing on the original complaint and accepting dismissal of defendants Layen, Rallos, Hsieh, and Brimhall or filing an amended complaint within 30 days. More than 30 days have passed and plaintiff has not filed an amended complaint.

---

[1] As indicated in the court's prior order, it is possible that "Layen" and "Lahey" refer to the same individual.

1  Defendants Layen, Rallos, Hsieh, and Brimhall are, therefore, dismissed from this action.

2

3          IT IS SO ORDERED.

4

5

6   DATED: December 3, 2008

7                                                    _____
                                                     **CRAIG M. KELLISON**
8                                                    UNITED STATES MAGISTRATE JUDGE

2