IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELZA PITTMAN,                                                  No. CIV S-08-2413-CMK-P

       Plaintiff,

   vs.                                                                    ORDER

ALVARO C. TRAQUINA, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On October 17, 2008, the court concluded that plaintiff's complaint appears to state a claim for relief against defendants Tan, Mahon, Basi, Lahey, Popson, Traquina, and Rohrer, but failed to state a claim against defendants Layen, Rallos, Hsieh, and Brimhall.[1] Plaintiff was provided the option of either standing on the original complaint and accepting dismissal of defendants Layen, Rallos, Hsieh, and Brimhall or filing an amended complaint within 30 days.

       More than 30 days have passed and plaintiff has not filed an amended complaint. The court will, therefore, direct plaintiff to submit the documents necessary for service by the United States Marshall on defendants Tan, Mahon, Basi, Lahey, Popson, Traquina, and Rohrer.

---

[1] As indicated in the court's prior order, it is possible that "Layen" and "Lahey" refer to the same individual.

1

Defendants Layen, Rallos, Hsieh, and Brimhall will be dismissed by separate order. Plaintiff is informed that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on the following defendant(s):

    TAN,

    MAHON,

    BASI,

    LAHEY,

    POPSON,

    TRAQUINA, and

    ROHRER;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

3. Within 30 days of the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Seven completed USM-285 form(s); and

    d. Eight copies of the endorsed complaint.

DATED: December 3, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZA PITTMAN, | No. CIV S-08-2413-CMK-P |
| Plaintiff, | |
| vs. | |
| ALVARO C. TRAQUINA, et al., | |
| Defendants. | |

_____/

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    _1_    completed summons form;

    ____    completed USM-285 form(s); and

    ____    copies of the complaint.

DATED: _____                              _____
                                                                               Plaintiff