IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZA PITTMAN, | No. CIV S-08-2413-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ALVARO C. TRAQUINA, et al., | |
| Defendants. | |
| _____/ | |

To: The California Department of Corrections and Rehabilitation
1515 S Street, Sacramento, California 95814:

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the full statutory filing fee for this action. On October 17, 2008, the court conditionally granted plaintiff's application for leave to proceed in forma pauperis and directed the director of the agency referenced above, or a designee, to submit to the court a certified copy of plaintiff's prison trust account statement within 30 days. To date, no trust account statement has been submitted. The director of the agency referenced above, or a designee, shall show cause in writing, within 30 days of the date of this order why appropriate sanctions should not be imposed for failure to comply with the court's order. Submission of a certified copy of plaintiff's prison

1

trust account statement within the time provided here will constitute an adequate response to this order to show cause. The Clerk of the Court is directed to serve a copy of this order to the address shown above.

        IT IS SO ORDERED.

DATED: December 3, 2008

                                                  _____
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE