1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ELZA PITTMAN,                          No. CIV S-08-2413-CMK-P

12                  Plaintiff,

13          vs.                              ORDER

14    ALVARO C. TRAQUINA, et al.,

15                  Defendants.

16    _____/

17              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

18    pay the full statutory filing fee for this action.  On October 17, 2008, the court conditionally

19    granted plaintiff's application for leave to proceed in forma pauperis and directed the director of

20    the California Department of Corrections and Rehabilitation ("CDCR"), or a designee, to submit

21    to the court a certified copy of plaintiff's prison trust account statement within 30 days.  As of

22    December 4, 2008, no certified trust account statement had been submitted and the court issued

23    an order to show cause.  A review of the docket reflects that plaintiff has paid the full filing fee.

24    Therefore, there no longer exists any need for the court to review a certified copy of plaintiff's

25    trust account statement.  The order to show cause will be discharged.

26    / / /

Accordingly, IT IS HEREBY ORDERED that:

1.      The order to show cause issued on December 4, 2008 (Doc. 15), is vacated; and

2.      In addition to plaintiff, the Clerk of the Court shall serve a copy of this order on the CDCR at 1515 S Street, Sacramento, California 95814.


DATED:  February 5, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE